UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
IN RE:                                  )
                                        )
THE YELLOW LINE CASES                   )
                                        )
                                        )     15-mc-989-TSC-GMH
THIS DOCUMENT RELATES TO:               )
                                        )
*Brittiney Cobb v. WMATA*               )
*(15-cv-226-TSC-GMH)*                   )
_____

## SUGGESTION OF DEATH

Undersigned Plaintiff's counsel hereby notifies the Court[1] and parties that the Plaintiff, Brittiney Cobb, passed away on September 2, 2018. A personal representative is in the process of being appointed for the estate and an appropriate substitution of parties will be filed as soon as the personal representative is formally appointed.

Respectfully submitted,

/s/ Darlene C. Jackson_____
Darlene C. Jackson
Bar No: 445931
1220 L Street, N.W., Suite 100
Washington, D.C.  20005
202-779-6473
E-mail: attydcj@aol.com
Counsel for Plaintiff

---

[1] "[i]t seems quite basic and reasonable that a plaintiff's attorney who receives notification of the defendant's death has the responsibility to promptly initiate the necessary inquiries to determine the identity of a person to be substituted for the deceased defendant, and to file a motion for substitution in accordance with our Rules of Civil Procedure". **Brown v. Wheeler**, 437 So. 2d 521 (1983); citing **Farmers Insurance Group v. District Court of the Second Judicial District,** 181 Colo. 85, 507 P.2d 865 (1973); **Mullis v. Bone,** 143 Ga.App. 407, 238 S.E. 748 (Ct.App.1977); **King v.Tyree's of Tampa, Inc.**, 315 So.2d 538 (Fla.Dist.Ct. App. 1975).

CERTIFICATE OF SERVICE

      I certify that a true copy and correct copy was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsels for the defendant, this 14th day of November, 2018.

                /s/
              Darlene C. Jackson
              Counsel for the Plaintiff